IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00364-CV

 

In the
Estate of Christine Falsone, Deceased,

 

 



From the County Court

Falls County, Texas

Trial Court No. 7048

 



MEMORANDUM  Opinion



 

The parties have filed a “Joint Motion for
Voluntary Dismissal of Appeal,” stating that they have entered into a
settlement agreement and asking us to dismiss this appeal and to tax costs
against the party incurring the cost (in this case, the Appellant).  See Tex. R. App. P. 42.1(a)(2).  The motion
to dismiss is granted, and the appeal is dismissed.  Costs are taxed against Appellant. 
See Tex. R. App. P. 42.1(d).

 

PER CURIAM

 

 

Before Chief Justice
Gray,

            Justice
Vance, and

            Justice Reyna

Appeal dismissed

Opinion delivered and
filed July 23, 2008

[CV06]






tion unless, within 21 days of the date of the letter, a brief was
filed.  Tex. R. App. P. 42.3(b). 
The brief was due to be filed on July 29, 2011.  No brief has been filed.

Accordingly, the appeal is dismissed.

 

 

 

                                                                        AL
SCOGGINS

                                                                        Justice

 

Before
Chief Justice Gray,

            Justice
Davis, and

            Justice
Scoggins

Appeal
dismissed

Opinion
delivered and filed August 31, 2011

Do
not publish 

[CV06]